IN RE APPLICATION FOR EXEMPTION OF REAL PROPERTY FROM TAXATION BY LUTHERAN SENIOR CITY, INC.

(No. 40164—Decided March 15, 1967.)

152

*Mr. Luther M. Long*, for appellant.

*Mr. C. Howard Johnson*, prosecuting attorney, and *Mr. William W. Holmes*, for Auditor of Franklin County.

*Per Curiam.* The operative facts in the instant case are substantially the same as those in the case of *Philada Home Fund* v. *Board of Tax Appeals*, 5 Ohio St. 2d 135. The decision of the Board of Tax Appeals is affirmed on authority of that case.

*Decision affirmed.*

ZIMMERMAN, MATTHIAS, HERBERT and BROWN, JJ., concur.
TAFT, C. J., O'NEILL and SCHNEIDER, JJ., dissent.